# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>    v. <br><br> JESSE LENOIR, <br><br>    Defendant. | No. 3:23-CR-00020-ART-CSD-2 <br><br> **ORDER GRANTING** <br><br> **Government Motion to Dismiss Count One after Sentencing** |

Defendant was sentenced on April 21, 2025 on Count Two of the indictment in the above-captioned case. The government, therefore, moves to dismiss Count One of the indictment.

Dated: April 22, 2025

                                              Respectfully Submitted,

                                              SIGAL CHATTAH
                                              United States Attorney

                                              */s/ Andrew Keenan*
                                              ANDREW KEENAN
                                              Assistant United States Attorney

                                              **IT IS SO ORDERED.**

DATE: April 22, 2025

                                              Anne R. Traum, U.S. District Judge